# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. HODGE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. SANTIESTEBAN, et.al.,<br><br>　　　　Defendants. | Case No.: 1:19-cv-00341-LJO-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING<br><br>[ECF No. 21] |

　　　Plaintiff Mark A. Hodge is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　On September 18, 2019, Plaintiff filed a motion requesting Defendants file a responsive pleading. Plaintiff is advised that on September 16, 2019, Defendants J. Amaya, B. Magallanes, C. Santiesteban and J. Sherman filed an answer, and Defendant Bruno requested and was granted until October 16, 2019, to file an answer. Accordingly, Plaintiff's motion for Defendants to file an answer is denied.

IT IS SO ORDERED.

Dated: **September 20, 2019**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1