**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK A. HODGE, | Case No.: 1:19-cv-00341-LJO-SAB (PC) |
| Plaintiff, | |
| v. | ORDER DENYING PLAINTIFF'S MOTION FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING AS MOOT |
| C. SANTIESTEBAN, et.al., | [ECF No. 23] |
| Defendants. | |

Plaintiff Mark A. Hodge is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 20, 2019, Plaintiff filed a motion to have Defendants file a responsive pleading. Inasmuch as Plaintiff filed the same motion on September 18, 2019, which was denied on September 20, 2019, Plaintiff's current motion is denied as duplicative.

IT IS SO ORDERED.

Dated: __**September 23, 2019**__

_____
UNITED STATES MAGISTRATE JUDGE