UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. HODGE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. SANTIESTEBAN, et.al.,<br><br>　　　　Defendants. | Case No.: 1:19-cv-00341-LJO-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST REGARDING SETTLEMENT CONFERENCE SET FOR DECEMBER 19, 2019<br><br>[ECF No. 29] |

Plaintiff Mark A. Hodge is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This case is currently set for settlement conference before Magistrate Judge Barbara A. McAuliffe on December 19, 2019, at the United States Courthouse in Fresno, California.

On October 30, 2019, Plaintiff filed a request that he not be transferred to a different location prior to December 13, 2019. Plaintiff asserts that a transfer prior to December 13, 2019, will interfere with his final exams scheduled on this date.

The Court is sympathetic to Plaintiff's concerns regarding disruption of his educational programming. However, Plaintiff's request that he not be transferred prior to December 13, 2019, cannot be reasonably accommodated or guaranteed. The date, time and location of this settlement conference were determined based on the locations and availability of the parties, counsel, and the Court.

1

As stated in the Court's October 17, 2019 order, "[t]he manner and timing of Plaintiff's transportation to and from the conference is within the discretion of CDCR." (Order at 3:4-5, ECF No. 28.) Plaintiff is reminded that it is his responsibility to prosecute this matter, and future proceedings in this action may likely require a disruption of his normal routines and schedule.

The Court has previously found that settlement conferences, where the parties are adequately prepared and open to reasonable negotiations, can lead to the agreed resolutions of cases without the need for further litigation, time and expense. If Plaintiff chooses not to participate in the conference set in this matter due to the required transfer to CSP-Corcoran, he should inform the Court immediately so that no further resources are wasted.

Accordingly, Plaintiff's request to not be transferred prior to December 13, 2019 (ECF No. 29), is HEREBY DENIED.

IT IS SO ORDERED.

Dated: **November 1, 2019**

UNITED STATES MAGISTRATE JUDGE