

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. HODGE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>C. SANTIESTEBAN, et.al.,<br><br>　　　　Defendants. | Case No.: 1:19-cv-00341-LJO-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE MARK A. HODGE, CDCR #K-38609 |

A settlement conference in this matter commenced on December 19, 2019. Inmate Mark A. Hodge, CDCR #K-38609 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: 12/19/19

UNITED STATES MAGISTRATE JUDGE

1